AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. EP-14-CR-2155-DB |
| | ) | |
| Tyler James Lewis-Perez | ) | |
| *Defendant* | ) | |

RECEIVED
U.S. MARSHALS
2014 NOV 21 P 1:04
WESTERN DISTRICT
OF TEXAS-EL PASO
WARRANTS DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tyler James Lewis-Perez,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 - Conspiracy to Possess a Controlled Substance with Intent to Distribute

21:841 - Possession with Intent to Distritube a Controlled Substance and Aiding and Abetting

FILED 2015 JAN 16 AM 10:40

Date: 11/19/2014

*Issuing officer's signature*

City and state: El Paso, Texas

A. Radke
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ Executed by DEA On 12/4/14 In Amarillo, TX | *Arresting officer's signature* <br><br> *Printed name and title* |